See Endings

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CAMERON INDUSTRIES, INC.,

                Plaintiff,        Case No. 08 CV 6327 (SAS)

    -against-              **STIPULATION**

MANGO USA, INC., CONWAY STORES, INC.,
and FOREVER 21, INC.,

              Defendants.
------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the counsel for Plaintiff and Defendants, Mango USA, Inc. and Conway Stores, Inc., in the above-captioned action that:

1. The time for Defendants, Mango USA, Inc. and Conway Stores, Inc., to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended through and including September 5, 2008.

2. This stipulation may be signed in counterparts, and faxed and electronic signatures are deemed as original.

Dated: New York, New York
       August 4, 2008

SCHLACTER & ASSOCIATES      BALLON STOLL BADER & NADLER, P.C.

By: _____    By: _____
    Jed R. Schlacter (JRS-4874)       Sunny S. Kim (SSK-9800)

*Attorneys for Plaintiff*
Schlacter & Associates
450 Seventh Avenue
New York, New York 10123
(212) 695-2000

*Attorneys for Defendants*
*Mango USA, Inc. & Conway Stores, Inc.*
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue, 17th Floor
New York, New York 10019
(212) 575-7900

SO ORDERED: _____
                       U.S.D.J.

8/7/07