UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAMERON INDUSTRIES, INC.,

                              Plaintiff,            Case No. 08 CV 6327 (SAS)

       -against-                      **RULE 7.1 STATEMENT**

MANGO USA, INC., CONWAY STORES, INC.,
and FOREVER 21, INC.,

                              Defendants.
------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Civil Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Mango USA, Inc. and Conway Stores, Inc., private non-governmental parties, certifies that said parties have no publicly held corporate parents, affiliates and/or subsidiaries.

Dated: New York, New York
       September 5, 2008

                              Respectfully submitted

                              BALLON STOLL BADER & NADLER, P.C.

                              By: _____
                                  Sunny S. Kim (SSK-9800)
                                  *Attorneys for Defendants*
                                  729 Seventh Avenue, 17th Floor
                                  New York, New York, 10019
                                  (212) 575-7900